UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOUSTON,<br><br>            Plaintiff,<br><br>     v.<br><br>BAKER,<br><br>            Defendant. | No. 2:18-cv-1271-KJM-EFB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an extension of time to file his pretrial statement pursuant to the court's April 6, 2020 order.

Plaintiff's request (ECF No. 53) is granted and plaintiff has 30 days from the date this order is served to file his pretrial statement.

So ordered.

Dated: April 27, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE