UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM HOUSTON,

        Plaintiff,

vs.

BAKER,

        Defendant.

No. 2:18-cv-1271-KJM-EFB P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

William Houston, inmate # K-31474, a necessary and material witness in proceedings in this case on November 6, 2020, is confined in California State Prison, Sacramento, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kimberly J. Mueller, by Zoom video conference from his place of confinement, on November 6, 2020, at 10:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by Zoom video conference before the United States District Court at the time and place above, until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

3. The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at California State Prison, Sacramento at (916) 294-3072 or via email; and

4. Any difficulties connecting to the Zoom video conference shall immediately be reported to Casey Schultz, Courtroom Deputy, at cschultz@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of California State Prison, Sacramento, P.O. Box 290002, Represa, California 95671:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Kimberly J. Mueller at the time and place above by Zoom video conference, until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: September 14, 2020.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE