UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| WILLIAM HOUSTON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BAKER,<br><br>　　　　Defendant. | Case No.: 2:18-cv-01271 KJM JDP (PC)<br><br>STIPULATION RE 45-DAY EXTENSION OF TIME TO FILE OBJECTIONS TO PRETRIAL ORDER AND AMENDED WITNESS LIST AND ORDER<br><br>ECF No. 77 |

Plaintiff, WILLIAM HOUSTON, and defendant, BAKER, by their respective attorneys, jointly stipulate that the deadline for filing the amended witness list and objections to the pretrial conference statement may be extended to December 24, 2020.

Dated:  October 22, 2020          LAW OFFICE OF B.C. MCCOMAS

　　　　　　　　　　　　　　　　　By: __/s/ B.C. McComas_____
　　　　　　　　　　　　　　　　　BRIAN C. MCCOMAS

　　　　　　　　　　　　　　　　　Attorney for Plaintiff WILLIAM HOUSTON

1

Dated: October 22, 2020

X<small>AVIER</small> B<small>ECERRA</small>
Attorney General of California
J<small>ON</small> S. A<small>LLIN</small>
Supervising Deputy Attorney General


*/s/ Erik A. Gutierrez*
E<small>RIK</small> A. G<small>UTIERREZ</small>
Deputy Attorney General
*Attorneys for Defendant Baker*

**ORDER**

The parties' stipulated motion for extension to file amended witness list is approved and so ordered.

Dated: October 30, 2020

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE